FILED
IN CLERK'S OFFICE
S DISTRICT COURT E.D.N.Y
DEC 10 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANDOLPH PORTER,

                Plaintiff,

   -against-

ANDREA J. QUARANTILLO, District
Director, New York District of U.S. Citizenship
and Immigration Services; U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

                Defendants.
------------------------------------------------------------X

JUDGMENT
12-CV-0590 (DLI)

        An Opinion and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on December 7, 2012, denying Plaintiff's motion for summary judgment; granting Defendants' cross-motion for summary judgment; and dismissing the action; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is denied; that Defendants' cross-motion for summary judgment is granted; and that the action is dismissed.

Dated: Brooklyn, New York
       December 10, 2012

s/DCP

_____
DOUGLAS C. PALMER
Clerk of Court